UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

KIM KEMPF, et al.,

          Plaintiffs,

     v.

APPLE INC.,

          Defendant.

Case No. 5:25-cv-05244-EJD

**ORDER TO SHOW CAUSE REGARDING DISMISSAL**

Re: ECF No. 31

On March 18, 2026, the Court ordered Plaintiffs to file an amended complaint in compliance with its Order Granting in Part and Denying in Part Defendant's Motion to Dismiss within 21 days. *See* Dismissal Order, ECF No. 31. Plaintiffs did not file an amended complaint by April 8, 2026.

Defendant subsequently moved for dismissal pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. ECF No. 32. Plaintiffs did not oppose this motion or otherwise respond.

THE COURT hereby issues an ORDER TO SHOW CAUSE why Plaintiffs' claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

If Plaintiffs fail to file a written response to this Order to Show Cause by June 22, 2026, the case shall be dismissed for failure to prosecute.

\\\

\\\

\\\

Case No. 5:25-cv-05244-EJD
ORDER TO SHOW CAUSE

**IT IS SO ORDERED.**

Dated: June 15, 2026

_____
EDWARD J. DAVILA
United States District Judge

United States District Court
Northern District of California