UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KIM KEMPF, et al.,<br>Plaintiffs,<br>v.<br>APPLE INC.,<br>Defendant. | Case No. 5:25-cv-05244-EJD<br>**ORDER APPROVING NOTICE OF VOLUNTARY DISMISSAL**<br>Re: ECF No. 34 |

Pursuant to Plaintiffs Kim Kempf, Gail Walliser, Jeremy Morgan, Delettra Ransom, Xavier Bennett, and Cassaundra Maxwell's notice of voluntary dismissal pursuant to 41(a)(1)(A)(i), Plaintiffs' claims against Defendant Apple, Inc. are dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: June 23, 2026

EDWARD J. DAVILA
United States District Judge